IH-32                                                                                               Rev: 2014-1

# United States District Court
for the
## Southern District of New York
### Related Case Statement

#### Full Caption of Later Filed Case:

JUSTIN SANDLER, Individually and on
Behalf of All Others Similarly Situated,

| Plaintiff | Case Number |
|---|---|
| vs. | 1:14-cv-09915-RA |
| RETROPHIN, INC., MARTIN SHKRELI, MARC L. PANOFF, and JEFFREY PALEY, | |
| Defendant | |

#### Full Caption of Earlier Filed Case:

(Including in bankruptcy appeals the relevant adversary proceeding)

GRACHYA KAZANCHYAN, Individually
and on Behalf of All Others Similarly
Situated,

| Plaintiff | Case Number |
|---|---|
| vs. | 1:14-cv-8376-PKC |
| RETROPHIN, INC., MARTIN SHKRELI, MARC L. PANOFF, and JEFFREY PALEY, | |
| Defendant | |

IH-32 Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open (If so, set forth procedural status and summarize any court rulings.)

Complaint filed on 10/20/2014, summons issued, Magistrate Judge Sarah Netburn is so designated. Case designated ECF.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

Both cases allege similar facts and federal securities fraud claims against the same or similar defendants, thus cases are related.

Signature: _Jeremy Lin_ Date: 2/2/15

Firm: Pomerantz LLP