*Castel K.*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-30-15'
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re RETROPHIN, INC. Securities Litigation | No.: 1:14-cv-08376-PKC <br><br> CLASS ACTION |
| THIS DOCUMENT RELATES TO: <br><br> ALL ACTIONS | STIPULATION AND [~~PROPOSED~~] ORDER REGARDING PRE-MOTION LETTERS |

On March 3, 2015, Lead Plaintiff filed the First Amended Consolidated Complaint ("FACC"). On March 4, 2015, the Court endorsed a stipulation and order requiring defendants Retrophin, Marc L. Panoff, and Jeffrey Paley to file any pre-motion letter(s) on or before March 31, 2015 (ECF No. 19). Under the stipulation, Lead Plaintiff's response to the pre-motion letter(s) is due April 7, 2015, and an initial pretrial conference will occur on April 23, 2015 at 11:30 AM.

Subsequent to the filing of that stipulation and order, all the other defendants have waived service of process. Defendant Martin Shkreli must respond to the FACC on or before May 12, 2015 (ECF No. 23). Defendants Steve Richardson, Stephen Aselage, and Cornelius E. Golding must respond to the FACC on or before May 15, 2015. All the Defendants will likely move to dismiss the FACC, and thus under Rule 2A of the Court's individual rules of practice will be required to file pre-motion letters.

Now that all Defendants have waived service of process, the parties have agreed that it would be desirable to consolidate the schedule for submitting and responding to the

pre-motion letters, which will in turn permit a consolidated schedule for briefing and responding to any motions to dismiss.

Elissa Preheim, Esq., of Arnold & Porter, LLP, counsel for Defendant Martin Shkreli, has represented that Mr. Shkreli is amenable to filing his pre-motion letter on or before May 5, 2015.

Counsel for Defendant Retrophin, Inc. has contacted Defendants Steve Richardson, Stephen Aselage, and Cornelius E. Golding and they have stated that they are also amenable to filing their pre-motion letters on or before May 5, 2015.

**THEREFORE,** by and through their undersigned counsel, Lead Plaintiff Grachya Kazanchyan ("Lead Plaintiff") and Defendants Retrophin, Inc., Panoff, and Paley hereby stipulate as follows and jointly request that the Court enter the below Order approving this Stipulation:

1. On or before May 5, 2015, Defendants Retrophin, Inc., Marc L. Panoff, Jeffrey Paley, Steve Richardson, Stephen Aselage, and Cornelius F. Golding shall file any pre-motion letter(s) setting forth the legal and factual basis of the motion(s) to dismiss and a proposed briefing schedule. The letter(s) shall comply with Rule 2.A of the Court's Individual Practices.

2. Lead Plaintiff shall have until May 19, 2015 to respond to any pre-motion letter(s). Lead Plaintiff's response(s) shall comply with Rule 2.A of the Court's Individual Practices.

3. The Initial Pretrial Conference, which is currently scheduled for April 23, 2015, at 11:30 a.m., is adjourned until June 4, 2015 at 11:00 a.m.

Dated:   March 27, 2015          COOLEY LLP

                                 _____
                                 Ian Shapiro
                                 1114 Avenue of the Americas
                                 New York, NY 10036
                                 (212) 479-6000

                                 *Attorneys for Defendant RETROPHIN, INC.,*

Dated:   March 27, 2015          SULLIVAN & WORCESTER LLP

                                 Andrew Solomon (NAF)
                                 _____
                                 Andrew T. Solomon
                                 1633 Broadway
                                 New York, NY 10019
                                 (212) 660-3023

                                 *Attorneys for Defendant MARC L. PANOFF*

Dated:   March 27, 2015          WILLKIE FARR & GALLAGHER LLP

                                 B. P. McCallen (NAF)
                                 _____
                                 Tariq Mundiya, Esq.
                                 Benjamin P. McCallen, Esq.
                                 787 Seventh Avenue
                                 New York, NY 10019-6099
                                 (212) 728-8565

                                 *Attorneys for Defendant JEFFREY PALEY*

Dated:   March __, 2015          POMERANTZ LLP

                                 _____
                                 Murielle J. Steven Walsh
                                 600 Third Avenue, 20th Floor
                                 New York, NY 10016
                                 (212) 661-1100

                                 *Attorneys for Lead Plaintiff GRACHYA KAZACHYAN*

Dated: March __, 2015                COOLEY LLP

_____
Ian Shapiro
1114 Avenue of the Americas
New York, NY 10036
(212) 479-6000

*Attorneys for Defendant RETROPHIN, INC.,*

Dated: March __, 2015                SULLIVAN & WORCESTER LLP

_____
Andrew T. Solomon
1633 Broadway
New York, NY 10019
(212) 660-3023

*Attorneys for Defendant MARC L. PANOFF*

Dated: March __, 2015                WILLKIE FARR & GALLAGHER LLP

_____
Tariq Mundiya, Esq.
Benjamin P. McCallen, Esq.
787 Seventh Avenue
New York, NY 10019-6099
(212) 728-8565

*Attorneys for Defendant JEFFREY PALEY*

Dated: March 27, 2015                POMERANTZ LLP

*/s/ Murielle Walsh (NAF)*
Murielle J. Steven Walsh
600 Third Avenue, 20th Floor
New York, NY 10016
(212) 661-1100

*Attorneys for Lead Plaintiff GRACHYA KAZACHYAN*

-3-

**IT IS SO ORDERED.**

Dated: 3-30-15

/s/ P. Kevin Castel
THE HONORABLE P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE

115320749 v3

-4-