UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re RETROPHIN, INC. Securities Litigation** | No.: 1:14-cv-08376-PKC <br><br> CLASS ACTION |
| **THIS DOCUMENT RELATES TO:** | NOTICE OF APPEARANCE FOR IAN SHAPIRO |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Ian Shapiro of Cooley LLP, 1114 Avenue of the Americas, New York, New York, 10036, telephone number (212) 479-6000 and facsimile number (212) 479-6275, hereby enters his appearance as counsel of record on behalf of Defendants Stephen Aselage, Steven Richardson, and Cornelius Golding.

Dated: May 5, 2015

COOLEY LLP

*/s/ Ian Shapiro*
Ian Shapiro
1114 Avenue of the Americas
New York, NY 10036
(212) 479-6000

*Attorneys for Defendants* RETROPHIN, INC., STEPHEN ASELAGE, STEVEN RICHARDSON, AND CORNELIUS GOLDING

116576907 v1