```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-23-15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
                                      :
In re RETROPHIN, INC. Securities Litigation
                                      :
                                           INDEX No. 1:14-cv-08376-PKC
_____        :
                                           CLASS ACTION
THIS DOCUMENT RELATES TO:             :

ALL ACTIONS                           :

------------------------------------- X

### STIPULATION AND PROPOSED ORDER TO STAY THE ACTION PENDING PRIVATE MEDIATION

On March 3, 2015, the Lead Plaintiff filed the First Amended Consolidated Complaint ("FACC") for violations of the federal securities laws against Defendants Retrophin, Inc., Martin Shkreli, Marc L. Panoff, Steven Richardson, Stephen Aselage, and Cornelius E. Golding (collectively, the "Defendants").[1]

On June 26, 2015, the Defendants filed motions to dismiss the FACC in its entirety (the "Motions to Dismiss"). On July 27, 2015, Lead Plaintiff filed an omnibus opposition to the Motions to Dismiss.

By Order of August 12, 2015, the Court granted the Defendants an extension of time to file their Reply Briefs from August 14 to October 14, 2015, in view of the parties' private mediation scheduled for September 21, 2015.

Following a full day of private mediation on September 21, 2015, the parties agreed to resume the mediation by telephone with the mediator on October 7, 2015.

---

[1] The FACC also named Jeffrey Paley as a defendant. This Court dismissed Paley by order of May 26, 2015.

1

THEREFORE, in order to conserve party and judicial resources, the parties jointly move and stipulate that the time within which the Defendants may file their Reply Briefs is extended from October 14 to October 28, 2015.

Dated: September 23, 2015

Respectfully submitted,

*Murielle Steven Walsh (SBT)*
POMERANTZ LLP
Jeremy A. Lieberman
Murielle J. Steven Walsh
Justin Solomon Nematzadeh
600 Third Avenue, 20th Floor
New York, New York 10016
212-661-1100
*Attorneys for Plaintiffs*

*Ian Shapiro (SBT)*
COOLEY LLP
Ian Ross Shapiro
Stephanie B. Turner
1114 Avenue of the Americas
New York, NY 10036
212-474 1226
*Attorney for Defendants Retrophin, Inc., Stephen Aselage, Cornelius Golding, and Steven Richardson*

*Elissa Preheim (SBT)*
ARNOLD & PORTER LLP
Elissa J. Preheim
Scott B. Schreiber
Daniel M. Friedman
601 Massachusetts Ave., NW
Washington, DC 20001-3743
202-942-5000

Mark R. Sylvester
399 Park Avenue
New York, NY 10022-4690
212-715-1000
*Attorneys for Defendant Martin Shkreli*

*Andrew Solomon (SBT)*
SULLIVAN & WORCESTER LLP
Andrew T. Solomon
Paul E. Summit
1633 Broadway, 32nd Floor
New York, NY 10019
212-660-3000
*Attorneys for Defendant Marc Panoff*

SO ORDERED: _____
Hon. P. Kevin Castel, USDJ
9-23-15

3