UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUSTIN SANDLER,

                Plaintiff,

                -against-

RETROPHIN, INC. et al.,

                Defendants.

Case No. 1:14-cv-09915-PKC

## NOTICE OF APPEARANCE

***PLEASE TAKE NOTICE*** that John A. Wait, Esq., of the law firm Fox Rothschild LLP, hereby enters his appearance as counsel for Defendant Martin Shkreli, to represent him in connection with the above-captioned proceeding. Mr. Wait's address and telephone number are:

> Fox Rothschild LLP
> 100 Park Avenue, 15th Fl.
> New York, NY 10017
> Attn: John A. Wait, Esq.
> Tel: (212) 878-7900
> Fax: (212) 692-0940
> Email: jwait@foxrothschild.com

Dated: New York, New York
           February 3, 2016

                                        FOX ROTHSCHILD LLP

                                        By:   /s/ John A. Wait
                                                 John A. Wait
                                                 100 Park Avenue, 15th Fl.
                                                 New York, New York 10017
                                                 Telephone: (212) 878-7900
                                                 *Attorneys for Defendant*
                                                 *Martin Shkreli*